UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Case No.: CV 04-1405-PA

Date of Proceeding: September 2, 2005

Case Title: Shari Lochrie v. City of Portland

Presiding Judge: Owen M. Panner

Courtroom Deputy: Deborah DesJardins

Reporter: None    Tape No: ___

**DOCKET ENTRY:**

Record of order:

Granting Plaintiff's unopposed motion (# 52) seeking attorney fees and costs totaling $88,982.97. A supplemental judgment will be entered in a separate document.

**PLAINTIFF'S COUNSEL**

**DEFENDANT'S COUNSEL**

cc: { } All counsel

DOCUMENT NO: _____
CIVIL MINUTES

Civil Minutes

Honorable Owen M. Panner